# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129415-6

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SUE E. RADULOVICH,
          Plaintiff-Appellant,

v

THERESA M. TENAGLIA, a/k/a
THERESA LEVICK, a/k/a TERRY
TENAGLIA, a/k/a TERRY LEVICK,
          Defendant-Appellee.

SC: 129415-6
COA: 253267, 256658
Macomb CC: 2002-003284-CZ

_____/

     On order of the Court, the application for leave to appeal the June 7, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

s1219